**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DANIELLE FLEMING, AUSTIN FLEMING, AND SOLD IN A SNAP LLC,** | § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO. 4:21-cv-1263** |
| **v.** | § § § | |
| **HEARST NEWSPAPERS, LLC D/B/A HOUSTON CHRONICLE A/K/A HOUSTONCHRONICLE.COM A/K/A CHRON.COM AND MOVE, INC. D/B/A REALTOR.COM** | § § § § § § | |
| *Defendants.* | § § § | |

**DEFENDANT MOVE INC.'S CERTIFICATE OF INTERESTED PARTIES AND ENTITIES**

Pursuant to the Court's May 3, 2021 Order for Conference and Disclosure of Interested Parties (ECF No. 5), Defendant Move, Inc. d/b/a Realtor.com states that the following persons and entities are financially interested in the outcome of this litigation, to the best of Move's knowledge:

• Danielle Fleming (Plaintiff)

• Austin Fleming (Plaintiff)

• Sold in a Snap LLC (Plaintiff)

• Move, Inc. d/b/a Realtor.com (Defendant)

• News Corporation (Parent of Move, Inc.)

• REA Group Ltd. (Partial Owner of Move, Inc.)

• Hearst Newspapers, LLC d/b/a Houston Chronicle a/k/a HoustonChronicle.com a/k/a Chron.com (Defendant)

- The Hearst Corporation (Owner and Ultimate Corporate Parent of Hearst Newspapers, LLC), and certain wholly owned subsidiaries of The Hearst Corporation.

- Plaintiffs' Counsel:    John A. Powell
Naman, Howell, Smith & Lee, PLLC
400 Avenue, Suite 800
P.O. Box 1470
Waco, TX 76703-1470

- Defendant Move, Inc.'s Counsel:    Penn C. Huston
MouerHuston PLLC
349 Heights Blvd.
Houston, TX 77007

David R. Singer
Christopher S. Lindsay
Jenner & Block LLP
633 W. 5th Street, Suite 3600
Los Angeles, CA 90071

- Defendant Hearst Newspapers, LLC's Counsel:    Ravi V. Sitwala
The Hearst Corporation
300 W. 57th Street
New York, NY 10019

Dated: May 25, 2021

Respectfully submitted,

MOUERHUSTON PLLC

By:  /s/ Penn C. Huston
          Penn C. Huston
          State Bar No. 00796804
          phuston@mouerhuston.com
          349 Heights Blvd.
          Houston, TX 77007
          Telephone (832) 410-4540
          Facsimile (832) 209-8158
          *Counsel for Move, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 25, 2021, a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

*/s/ Penn C. Huston*

Penn C. Huston
