**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **DANIELLE FLEMING,** § | |
| **AUSTIN FLEMING,** § | |
| **AND SOLD IN A SNAP LLC** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 4:21-cv-01263** |
| § | |
| **HEARST NEWSPAPERS, LLC D/B/A** § | |
| **HOUSTON CHRONICLE A/K/A** § | |
| **HOUSTONCHRONICLE.COM A/K/A** § | |
| **CHRON.COM AND** § | |
| **MOVE, INC. D/B/A REALTOR.COM** § | |
| § | |
| **Defendants** § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND ENTITIES**

Pursuant to the Court's May 3, 2021 Order for Conference and Disclosure of Interested Parties (ECF No. 5), Plaintiffs Danielle Fleming, Austin Fleming, and Sold in a Snap LLC (hereinafter "the Plaintiffs") state that the following persons and entities are financially interested in the outcome of this litigation, to the best of the Plaintiffs' knowledge:

- Danielle Fleming (Plaintiff)

- Austin Fleming (Plaintiff)

- Sold in a Snap LLC (Plaintiff)

- Move, Inc. d/b/a Realtor.com (Defendant)

- News corporation (Parent of Move, Inc.)

- REA Group Ltd. (Partial owner of Move, Inc.)

- Hearst Newspapers, LLC d/b/a Houston Chronicle a/k/a HoustonChronicle.com a/k/a Chron.com (Defendant)

- The Hearst Corporation (Owner and Ultimate Corporate Parent of Hearst Newspapers, LLC), and certain wholly owned subsidiaries of The Hearst Corporation

- Plaintiffs' Counsel:   John A. "Andy" Powell
  Naman, Howell, Smith & Lee, PLLC
  400 Austin Avenue, Suite 800
  P.O. Box 1470
  Waco, Texas 76703-1470

- Defendant Move, Inc.'s Counsel:   Penn C. Huston
  Mouer Huston PLLC
  349 Heights Blvd
  Houston, Texas  77007

- Defendant Hearst Newspapers, LLC's Counsel:   Ravi V. Sitwala
  The Hearst Corporation
  300 W. 57th Street
  New York,  NY  10019

Dated: May 25, 2021

Respectfully submitted,

  /s/ *John A. Powell*
John A. Powell
State Bar No. 24029775
powell@namanhowell.com
Jordan A. Mayfield
mayfield@namanhowell.com
State Bar No. 24037051
Jacqueline P. Altman
State Bar No. 24087010
jaltman@namanhowell.com
of
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Avenue, Suite 800
P. O. Box 1470
Waco, Texas  76703-1470
(254) 755-4100
FAX (254) 754-6331

ATTORNEYS FOR PLAINTIFFS
DANIELLE FLEMING,
AUSTIN FLEMING, AND
SOLD IN A SNAP LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of May, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

      /s/ *John A. Powell*
      John A. Powell