| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-01263 |
|---|---|---|---|

Danielle Fleming, Austin Fleming, and Sold In A Snap LLC

*versus*

Hearst Newspapers, LLC, d/b/a Houston Chronicle a/k/a Houstonchronicle.com a/k/a Chron.com and Move Inc. d/b/a Realtor.com

| | |
|---|---|
| Lawyer's Name | Christopher S. Lindsay |
| Firm | Jenner & Block LLP |
| Street | 633 West 5th Street, Suite 3600 |
| City & Zip Code | Los Angeles, CA 90071 |
| Telephone & Email | 213-239-2201; clindsay@jenner.com |
| Licensed: State & Number | California, 280525 |
| Federal Bar & Number | 9th Cir., C.D. Cal., N.D. Cal., S.D. Cal. |

| Name of party applicant seeks to appear for: | Move Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/26/2021 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:          Clerk's signature |

**Order**                         **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                               United States District Judge