United States District Court
Southern District of Texas

**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-01263 |
|---|---|---|---|

Danielle Fleming, Austin Fleming, and Sold In A Snap LLC

*versus*

Hearst Newspapers, LLC, d/b/a Houston Chronicle a/k/a Houstonchronicle.com a/k/a/ Chron.com and Move Inc. d/b/a Realtor.com

| | |
|---|---|
| Lawyer's Name | David R. Singer |
| Firm | Jenner & Block LLP |
| Street | 633 West 5th Street, Suite 3600 |
| City & Zip Code | Los Angeles, CA 90071 |
| Telephone & Email | 213-239-2206; dsinger@jenner.com |
| Licensed: State & Number | California, 204699 |
| Federal Bar & Number | 9th Cir., 2d Cir., 7th Cir., C.D. Cal., S.D. Cal., N.D. Cal., E.D. Cal. |

Name of party applicant seeks to appear for: Move Inc.

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 5/26/2021   Signed: *[signature]*

The state bar reports that the applicant's status is: Active

Dated: 05/28/2021   Clerk's signature   /s/ Jennelle Gonzalez

### Order

This lawyer is admitted *pro hac vice*.

Dated: 06/07/2021

_____
United States District Judge